| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CAYER, DAVID S. | 2. Court or Organization DISTRICT COURT - WDNC | 3. Date of Report 11/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

RM. 168
401 W. TRADE ST.
CHARLOTTE, NC 28202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | N.C. CONSOLIDATED JUDICIAL RETIRMENT SYSTEM, NO CONTROL |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | CONSOLIDATED JUDICIAL RETIREMENT SYSTEM OF N.C. - RETIREMENT | $67,900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LIBERTY UNIVERSITY | SEPT. 23-25, 2016 | LYNCHBURG, VA | MOOT COURT | ROOM, BOARD, AND GAME TICKETS |
| 2. | FEDERAL BAR ASSOCIATION | DEC. 1-3, 2016 | CHEROKEE, NC | EDUCATIONAL SEMINAR | LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ETR:FME | A | Dividend | K | T | | | | | |
| 2. NYSE:VZ | B | Dividend | K | T | | | | | |
| 3. NYSE:SEE | A | Dividend | K | T | | | | | |
| 4. NYSE:WMT | A | Dividend | | | Sold | 06/27/16 | J | A | |
| 5. FIFTH THIRD - Savings | A | Interest | J | T | | | | | |
| 6. TRUST #1 | | | | | | | | | |
| 7. -WELLS FARGO DEPOST ACCT | A | Interest | J | T | | | | | |
| 8. -JP MORGAN HIGH YEILD FUND | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 9. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 10. | | | | | Sold (part) | 10/26/16 | J | A | |
| 11. -NUVEEN HIGH YIELD MUNI BOND | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 12. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 13. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 14. | | | | | Sold (part) | 10/26/16 | J | | |
| 15. -NUVEEN LIMITED TERM MUNICIPAL BOND FUND | A | Dividend | K | T | Sold (part) | 01/21/16 | J | A | |
| 16. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 17. | | | | | Buy (add'l) | 05/18/16 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/24/16 | J | A | |
| 19. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 20. | | | | | Sold (part) | 10/26/16 | J | | |
| 21. -NUVEEN NC MUNI BOND | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 22. | | | | | Sold (part) | 04/18/16 | J | A | |
| 23. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 24. | | | | | Sold (part) | 08/24/16 | J | A | |
| 25. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 26. | | | | | Sold (part) | 10/26/16 | J | | |
| 27. -T ROWE PRICE INST. FLOAT | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 28. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 29. | | | | | Sold (part) | 10/26/16 | J | | |
| 30. -FIDELITY ADVISORS EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 31. | | | | | Sold (part) | 04/18/16 | J | | |
| 32. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 33. | | | | | Sold (part) | 10/26/16 | J | A | |
| 34. -AMERICAN CENTURY SMALL CAP GROWTH | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/18/16 | J | | |
| 36. | | | | | Sold (part) | 05/16/16 | J | | |
| 37. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 38. | | | | | Sold (part) | 10/26/16 | J | | |
| 39. -ARTISAN MID CAP FUND CLASS INS. | | | J | T | Buy (add'l) | 01/25/16 | J | | |
| 40. | | | | | Sold (part) | 04/18/16 | J | | |
| 41. | | | | | Sold (part) | 08/24/16 | J | A | |
| 42. | | | | | Sold (part) | 10/26/16 | J | A | |
| 43. -HARBOR CAPITAL APPRECIATION FUND | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 44. | | | | | Sold (part) | 04/18/16 | J | | |
| 45. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 46. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 47. | | | | | Sold (part) | 10/26/16 | J | | |
| 48. -JP MORGAN MID CAP VALUE FUND- CLASS 1 | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 49. | | | | | Sold (part) | 04/18/16 | J | | |
| 50. | | | | | Sold (part) | 08/24/16 | J | A | |
| 51. | | | | | Sold (part) | 10/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -MFS VALUE FUND-CLASS I | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 53. | | | | | Sold (part) | 04/18/16 | J | | |
| 54. | | | | | Sold (part) | 05/16/16 | J | A | |
| 55. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 56. | | | | | Sold (part) | 10/26/16 | J | | |
| 57.  -STERLING CAPITAL STRATTON SM-CP f.k.a. STRATTON SM-CAP VALUE FD | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 58. | | | | | Sold (part) | 04/20/16 | J | | |
| 59. | | | | | Sold (part) | 05/16/16 | J | | |
| 60. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 61. | | | | | Sold (part) | 10/26/16 | J | | |
| 62.  -ARTISAN INT'L FUND | A | Dividend | J | T | Sold (part) | 04/18/16 | J | | |
| 63. | | | | | Sold (part) | 05/16/16 | J | | |
| 64. | | | | | Sold (part) | 08/24/16 | J | A | |
| 65. | | | | | Sold (part) | 10/26/16 | J | A | |
| 66.  -DODGE & COX INT'L STOCK | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 67. | | | | | Sold (part) | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 05/16/16 | J | | |
| 69. | | | | | Sold (part) | 08/24/16 | J | | |
| 70. | | | | | Sold (part) | 10/26/16 | J | A | |
| 71.  -OPPENHEIMER DEVELOPING MKT | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 72. | | | | | Sold (part) | 04/18/16 | J | | |
| 73. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 74. | | | | | Sold (part) | 08/24/16 | J | A | |
| 75. | | | | | Sold (part) | 10/26/16 | J | A | |
| 76.  -AQR MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 77. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 78. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 79. | | | | | Sold (part) | 10/26/16 | J | | |
| 80.  -ASG GLOBAL ALTERNATIVES FUND CLASS | | | J | T | Sold (part) | 01/21/16 | J | | |
| 81. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 82. | | | | | Sold (part) | 08/24/16 | J | | |
| 83. | | | | | Sold (part) | 10/26/16 | J | | |
| 84.  -BLACKROCK GLOBAL LONG/SHORT CREDIT FUND | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 86. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 87. | | | | | Sold (part) | 10/26/16 | J | | |
| 88. -BOSTON PARTNERS LONG/SHORT RESEARCH FUND | | | J | T | Sold (part) | 08/24/16 | J | A | |
| 89. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 90. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 91. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 92. | | | | | Sold (part) | 10/26/16 | J | | |
| 93. -NEUBERGER BERMAN LONG SH-INS | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 94. | | | | | Sold (part) | 04/18/16 | J | | |
| 95. | | | | | Sold (part) | 08/24/16 | J | | |
| 96. | | | | | Sold (part) | 10/26/16 | J | | |
| 97. -MERGER FD SH BEN INT | A | Dividend | J | T | Buy (add'l) | 04/20/16 | J | | |
| 98. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 99. | | | | | Sold (part) | 10/26/16 | J | | |
| 100. -CREDIT SUISSE COMMODITY RETURN | | | J | T | Buy (add'l) | 01/25/16 | J | | |
| 101. | | | | | Sold (part) | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 05/16/16 | J | | |
| 103. | | | | | Sold (part) | 08/24/16 | J | A | |
| 104. | | | | | Sold (part) | 10/26/16 | J | A | |
| 105. -INVESCO BALANCED-RISK COMMODITY | | | J | T | Buy | 08/26/16 | J | | |
| 106. | | | | | Sold (part) | 10/26/16 | J | A | |
| 107. -SPDR DJ WILSHIRE INTERNATIONAL REAL ESTATE | | | J | T | Sold (part) | 01/25/16 | J | | |
| 108. | | | | | Sold (part) | 04/20/16 | J | A | |
| 109. | | | | | Sold (part) | 08/26/16 | J | A | |
| 110. | | | | | Sold (part) | 10/06/16 | J | A | |
| 111. -BARCLAYS BANK PLC I PATH BLOOMBERG CO. | | | | | Sold | 01/25/16 | J | | |
| 112. -ISHARES MSCI EMERGING MARKETS | | | | | Sold | 01/25/16 | J | | |
| 113. -ISHARES RUSSELL MID-CAP ETF | | | | | Sold | 01/25/16 | J | | |
| 114. -T ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | Sold (part) | 04/18/16 | J | A | |
| 115. -VANGUARD REIT VIPER | A | Dividend | J | T | Sold (part) | 01/25/16 | J | | |
| 116. | | | | | Sold (part) | 04/20/16 | J | A | |
| 117. | | | | | Sold (part) | 05/18/16 | J | A | |
| 118. | | | | | Sold (part) | 08/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 10/06/16 | J | A | |
| 120. IRA #1 | | | | | | | | | |
| 121. -AMER BALANCED FD | A | Dividend | J | T | | | | | |
| 122. -INVESTMENT CO. AMERICA | A | Dividend | J | T | | | | | |
| 123. NYSE:XOM | A | Dividend | J | T | | | | | |
| 124. NASDAQ: FTR (Y) | | | | | | | | | |
| 125. WELLS FARGO - Savings (Y) | | | | | | | | | |
| 126. NYSE: GCP | | None | J | T | Spinoff (from line 127) | 02/03/16 | J | | |
| 127. NYSE:GRA (X) | A | Dividend | K | T | | | | | |
| 128. 401(k) #1: (X) | | | | | | | | | |
| 129. -NC STABLE VALUE FUND | A | Int./Div. | J | T | | | | | |
| 130. ROTH IRA #1 (X) | | | | | | | | | |
| 131. -DEPOSIT ACOUNT - CASH - TD Ameritrade | A | Int./Div. | J | T | | | | | |
| 132. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 11/29/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DAVID S. CAYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544